DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ALLEN HOYT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0033 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| MICHAEL ALLEN HOYT, | ) | Date:  April 5, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of March 9, 2006 be vacated and a new Status Conference hearing date of April 5, 2006 at 9:00 a.m. be set.

This continuance is being requested because defense counsel needs additional time to conduct ongoing investigation and research and to determine the guidelines.

It is further stipulated that the period from March 9, 2006 through and including April 5, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 | Dated: March 8, 2006

3 |                                        Respectfully submitted,

4 |                                        DANIEL J. BRODERICK
                                       Acting Federal Defender

5 | /s/ Mary M. French

6 | _____
MARY M. FRENCH

7 | Assistant Federal Defender
Attorney for Defendant

8 | MICHAEL ALLEN HOYT

9 |

10 | Dated: March 8, 2006                    MCGREGOR W. SCOTT
                                       United States Attorney

11 |

12 | /s/  Mary M. French for
                                        Jason Hitt

13 | _____
JASON HITT

14 | Assistant U.S. Attorney
per telephonic authorization

15 |

16 | **ORDER**

17 | **IT IS SO ORDERED.**

18 | Dated: March 9, 2006

19 |

20 | _____
WILLIAM B. SHUBB

21 | UNITED STATES DISTRICT JUDGE

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stip & Order                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28