DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ALLEN HOYT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0033 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| MICHAEL ALLEN HOYT, ) | Date: April 19, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of April 5, 2006 be vacated and a new Status Conference hearing date of April 19, 2006 at 9:00 a.m. be set.

This continuance is being requested to allow defense counsel additional time to conduct ongoing investigation and research and to determine the guidelines in Mr. Hoyt's case.

It is further stipulated that the period from April 5, 2006 through and including April 19, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 | Dated: March 20, 2006

3 | Respectfully submitted,

4 | DANIEL J. BRODERICK
Acting Federal Defender

5 | /s/ Mary M. French

6 | _____
MARY M. FRENCH

7 | Assistant Federal Defender
Attorney for Defendant

8 | MICHAEL ALLEN HOYT

9 |

10 | Dated: March 20, 2006   MCGREGOR W. SCOTT
United States Attorney

11 |

12 | /s/  Mary M. French for
       Jason Hitt

13 | _____
JASON HITT

14 | Assistant U.S. Attorney
per telephonic authorization

15 |

16 | **ORDER**

17 | **IT IS SO ORDERED.**

18 | Dated:  March 22, 2006

19 |

20 | _____
WILLIAM B. SHUBB

21 | UNITED STATES DISTRICT JUDGE