HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON,#161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL ALLEN HOYT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ALLEN HOYT, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. CR.S. 06-033 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE** |

   The United States of America through JASON HITT, Assistant U.S. Attorney, defendant, MICHAEL ALLEN HOYT, through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender agree that the Court should order Mr. Hoyt's temporary release from August 6, 2013 until August 8, 2013.  Mr. Hoyt has a Workers' Compensation hearing on August 7, 2013 at 1:30 p.m.

DATED: July 29, 2013               Respectfully submitted,
                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ *MATTHEW C. BOCKMON*
                                   MATTHEW C. BOCKMON
                                   Attorney for Defendant
                                   MICHAEL ALLEN HOYT

DATED: July 29, 2013

        BENJAMIN WAGNER
        United States Attorney

/s/ *MATTHEW C. BOCKMON*  for
JASON HITT
Assistant U.S. Attorney

## **ORDER**

IT IS SO ordered temporarily releasing the defendant on August 6, 2013 upon condition that he surrender himself to the U.S. Marshal on August 8, 2013 no later than 1:00 p.m.

All previously imposed conditions of supervised release remain in effect.

Dated: July 29, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE