# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**MICHAEL ALLEN HOYT**,<br><br>    Defendant. | Case No. CR S-06-033-01 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **MICHAEL ALLEN HOYT** Case CR S-06-033-01 WBS from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

___ Unsecured bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

**X** (Other)  **Defendant sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  August 12, 2013  at  10:10 a.m.

By _____
William B. Shubb,
United States District Judge

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: MARIANNE MATHERLY
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 8/13

Orig & Copy: USM
Copy to Docketing